IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FASTVDO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-01429-RGA |
| | ) |
| TECHNICOLOR INC., TECHNICOLOR USA, INC., and TECHNICOLOR CREATIVE SERVICES USA, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER

Plaintiff, FastVDO LLC and Defendants Technicolor, Inc., Technicolor USA, Inc., and Technicolor Creative Services USA, Inc. (together, the "Parties") announced to the Court that they have settled their claims and counterclaims for relief asserted in this case and request dismissal of the case as among them. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims between the Parties made in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 4th day of Aug 2014.

_____
THE HONORABLE RICHARD G. ANDREWS